UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00049

**Darren Dickens**,
*Plaintiff,*
v.
**Jack Skeen, Jr. et al.**,
*Defendants.*

## ORDER

Plaintiff Darren Dickens, proceeding pro se and in forma pauperis, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 4. On April 30, 2021, the magistrate judge issued a report recommending that the petition be dismissed with prejudice as required by 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(b). Doc. 10. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed with prejudice for failure to state a claim upon which relief can be granted.

*So ordered by the court on June 8, 2021.*

J. CAMPBELL BARKER
United States District Judge